

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2018

No. 04-18-00100-CV

**IN THE INTEREST OF V.L.M.**, Children,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA02374
Honorable Barbara Hanson Nellermoe, Judge Presiding

# O R D E R

Notification of late record is noted. Reporter's record must be filed no later than March 12, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court